## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY BRIGGS | : | CIVIL ACTION |
| vs. | : | |
| U-HAUL | : | NO. 12-7028 |

O R D E R

**AND NOW, TO WIT:** This 6th day of June, 2014, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                                          **MICHAEL E. KUNZ**, Clerk of Court

                                          **BY:** /s/ Donna M. Bozzelli
                                                    Donna M. Bozzelli
                                                      Deputy Clerk

Copies Emailed on   6/6/14   to:
  Timothy M. Kolman, Esq.
  W. Charles Sipio, Esq.
  Julie Donahue, Esq.
  Paul Lancaster Adams, Esq.

Civ 2 (7/83)

41.1(b)